| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 15-CR-90-01-SM |
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)* |
| | | 1:16-cr-21-TWP-DML |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| William Townley<br><br>Atlanta, IN 46031 | DISTRICT OF NEW HAMPSHIRE | |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Steven J. McAuliffe | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM: December 22, 2015   TO: December 23, 2020 |

| OFFENSE |
|---|
| Failure to Register as a Sex Offender |

*FILED JAN 21 2016 U.S. DISTRICT COURT INDIANAPOLIS, INDIANA*

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF NEW HAMPSHIRE</u>

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of Indiana upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_December 24, 2015_  
Date

_[signature]_  
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF INDIANA</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/26/2016  
*Effective Date*

_[signature]_  
Hon. Tanya Walton Pratt, Judge  
United States District Court  
Southern District of Indiana